IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TIMOTHY EDGAR *et al.*,<br><br>　　　　Appellants,<br><br>　v.<br><br>JOHN RATCLIFFE, in his official capacity as Director of National Intelligence *et al.*,<br><br>　　　　Appellees. | No. 20-1568 |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

　　Pursuant to Local Rule 31(c), Appellants Timothy H. Edgar, Richard H. Immerman, Melvin A. Goodman, Anuradha Bhagwati, and Mark Fallon hereby move the Court for an extension of the briefing schedule, such that Appellants' opening brief and the joint appendix would be due August 14, 2020; Appellees' response brief would be due October 23, 2020; and Appellants' reply brief would be due November 20, 2020. Counsel for Appellees consent to this motion.

　　For the reasons stated below, Appellants have made the requisite showing of extraordinary circumstances and good cause, and they respectfully request that their motion be granted.

　　1. The shutdowns resulting from the ongoing COVID-19 pandemic have imposed tremendous challenges to counsel's work and ability to collaborate on this matter. Counsel's offices remain closed, and all

counsel are working remotely while also managing other disruptions to daily life.

2. The shift to remote work has posed challenges for counsel's ability to coordinate on this case as well as other pending matters. Beyond the challenges to daily work flow and technical issues with teleworking that have significantly slowed work speed, counsel's remote work has also been severely disrupted by school closures and the suspension of normal childcare arrangements. Several of Appellants' counsel are currently working from home while caring for young children, and these challenges are expected to last through the summer. All counsel reside in New York City, which has been severely affected by the coronavirus pandemic.

3. During the period allowed for Appellants' opening brief in the Court's current briefing order, Appellants' counsel has multiple briefs, hearings, and other litigation deadlines in multiple matters.

4. In sum, the pandemic-related closure of counsel's offices, the disruption to home and work life caused by the lack of childcare, and counsel's obligations in other ongoing litigation matters will make it extremely difficult for Appellants to complete their opening brief in this appeal by the current deadline.

5. Appellants have conferred with counsel for Appellees. Appellees consent to the above-proposed schedule, which includes additional time before the filing of Appellants' Opening and Reply briefs. Appellants consent to a similar extension of time for the filing of Appellees' Response brief.

6. For the reasons above and good cause shown, Appellants respectfully request that the Court grant their consent motion for an extension of the briefing schedule.

Dated: June 1, 2020                              Respectfully submitted,

                                                                                     */s/ Alexander Abdo*

| | |
|---|---|
| Brett Max Kaufman | Alexander Abdo |
| Vera Eidelman | Jameel Jaffer |
| Alexia Ramirez | Ramya Krishnan |
| American Civil Liberties Union | Meenakshi Krishnan |
|    Foundation | Knight First Amendment Institute at |
| 125 Broad Street, 18th Floor |    Columbia University |
| New York, NY 10004 | 475 Riverside Drive, Suite 302 |
| T: (212) 549-2500 | New York, NY 10115 |
| F: (212) 549-2654 | (646) 745-8500 |
| bkaufman@aclu.org | alex.abdo@knightcolumbia.org |
| veidelman@aclu.org | jameel.jaffer@knightcolumbia.org |
| aramirez@aclu.org | ramya.krishnan@knightcolumbia.org |
| | meenakshi.krishnan@knightcolumbia.org |

David R. Rocah
American Civil Liberties Union
   Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: (410) 889-8555
F: (410) 366-7838
rocah@aclu-md.org

3

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the length limits of Fed. R. App. P. 27(d)(2)(A) because it was produced using a computer and contains 390 words.

2. As required by Fed. R. App. P. 27(d)(1)(E), this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Times New Roman, a proportionally spaced typeface.

Dated: June 1, 2020

                                             */s/ Alexander Abdo*
                                             Alexander Abdo
                                             *Counsel for Appellants*

# **CERTIFICATE OF SERVICE**

     I, Alexander Abdo, certify that on June 1, 2020, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 1, 2020

                                          /s/ *Alexander Abdo*
                                          Alexander Abdo
                                          *Counsel for Appellants*